| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

In Re: **Elizabeth Gaspari**

Case No.: **20-20772**

Adversary No.:

Chapter: **13**

Judge: Michael B. Kaplan

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: _Elizabeth Gaspari_
(Example: John Smith, creditor)

Old address: 41 Mill Pond Road
Jackson, NJ 08527

New address: 39 Clemson Road
Cherry Hill, NJ 08034

New phone no.::
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: _May 5th 2022_

_[Signature]_
Signature

*rev. 8/1/2021*